UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIBERTO LIZARRAGA, et al., <br> Plaintiffs, <br> v. <br> BILL HAMILTON ROOFING, INC., et al., <br> Defendants. | Case No. 18-cv-03845-SVK <br><br> **INTERIM ORDER RE PLAINTIFFS' MOTION TO EXTEND CLASS CERTIFICATION DISCOVERY** <br><br> Re: Dkt. No. 34 |

The Court has received Plaintiffs' motion to extend class certification discovery. ECF 34. Under Civil Local Rule 6-3(b), Defendants may file an opposition, not to exceed five (5) pages, by **May 9, 2019**. In lieu of an opposition, Defendants may instead file a joint stipulation with a proposed schedule by **May 9, 2019**.

If necessary, the Court will hold a hearing on Plaintiffs' motion on **May 14, 2019 at 10:00 a.m.**

**SO ORDERED.**

Dated: May 6, 2019

SUSAN VAN KEULEN
United States Magistrate Judge