UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIBERTO LIZARRAGA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BILL HAMILTON ROOFING, INC., et al.,<br><br>Defendants. | Case No. 18-cv-03845-SVK<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO EXTEND CLASS CERTIFICATION DISCOVERY**<br><br>Re: Dkt. Nos. 34, 36 |

Before the Court is Plaintiffs' motion for a ninety-day extension of the Court's May 15, 2019 deadline to complete class certification discovery. ECF 34. The Parties' dispute centers on a voluntary discovery agreement between the Parties, under which Defendants agreed to produce certain documents in lieu of Plaintiffs serving formal discovery requests. *Id.* at 2–4. Plaintiffs contend that Defendants failed to produce the agreed upon documents, forcing Plaintiffs to seek formal discovery and creating the need to extend class certification discovery. *Id.* at 3–5. Defendants argue that their document productions have been both responsive and substantial, that Plaintiffs reneged on the voluntary discovery agreement with the service of formal discovery and that Plaintiffs' failure to complete class certification discovery is due to their own delay. ECF 36. The Court held oral argument on Plaintiffs' motion on May 14, 2019.

The Parties submitted a detailed history of their voluntary agreement, meet and confer efforts and discovery disputes. ECF 34; ECF 36. This history shows that both sides failed to fulfil obligations under their voluntary agreement. In that agreement, Defendants agreed to produce employee paystubs, which include putative class member contact information. ECF 34-2; ECF 34-3. As the Court noted at the hearing, rather than waiting until the eve of the close of class certification discovery and then seeking to disrupt the entire case schedule, Plaintiffs should have

sought relief through a timely motion to compel. Although the Parties dispute the current status of the agreement, the Court finds that production of the unredacted paystubs along with adequate employee contact information provides the most efficient solution to the Parties' dispute with the least disruption to the case schedule. Accordingly, the Court **GRANTS IN PART** Plaintiffs' motion and **ORDERS** as follows:

- By **May 21, 2019**, Defendants shall either produce or make available for inspection the unredacted paystubs with the putative class member contact information. In addition to the contact information set forth on the paystubs, Defendants shall provide the putative class members' last known telephone numbers in Defendants' possession.
- Prior to Defendants' production on May 21, 2019, Plaintiffs shall (1) adapt and prepare this District's model stipulated protective order for standard litigation[1] for Defendants' approval and (2) file the stipulated protective order for the Court's approval. Once the protective order is filed, the Parties may proceed on the schedule set forth herein, without waiting for the Court to enter the protective order.

In light of this production and the Parties' positions leading up to this dispute, the Court finds that only a modest extension of the case schedule is appropriate. The Court sets the following amended case schedule:

////
////
////
////
////
////
////
////

---

[1] This District's model stipulated protective order for standard litigation is available at https://www.cand.uscourts.gov/model-protective-orders.

2

| Scheduled Event | Old Dates | New Dates |
| --- | --- | --- |
| Close of Class Certification Discovery | May 15, 2019 | June 14, 2019 |
| Class Certification Motion Deadline | June 14, 2019 | July 16, 2019 |
| Class Certification Motion Hearing | NA | August 20, 2019 at 10:00 a.m. |
| Close of Fact Discovery | September 13, 2019 | October 15, 2019 |
| Further Case Management Conference | August 6, 2019 at 9:30 a.m. | October 29, 2019 at 9:30 a.m. |
| Expert Disclosures | September 30, 2019 | November 8, 2019 |
| Rebuttal Expert Disclosures | October 18, 2019 | December 6, 2019 |
| Close of Expert Discovery | October 31, 2019 | January 15, 2020 |
| Last Day to File Dispositive Motions | November 14, 2019 | January 28, 2020 |
| Hearing on Dispositive Motions | December 19, 2019 | March 3, 2020 at 10:00 a.m. |
| Final Pretrial Conference | January 30, 2020<br>Filing Dates:<br>    January 16, 2020;<br>    January 23, 2020 | April 2, 2020<br>Filing Dates:<br>    March 19, 2020;<br>    March 26, 2020 |
| Jury/Bench Trial | February 10, 2020 | April 13, 2020 |

////

////

////

////

////

////

Finally, at the hearing, Plaintiffs complained of the sufficiency of Defendants' production of "job files." This specific production issue was not addressed in the Parties' submissions to the Court. The Parties are **ORDERED** to meet and confer regarding any outstanding discovery disputes that relate to class certification and to resolve them promptly. There will be no further adjustments to the case schedule.

**SO ORDERED.**

Dated: May 15, 2019

SUSAN VAN KEULEN
United States Magistrate Judge