UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PADILLA,<br><br>    Plaintiff,<br><br>v.<br><br>BILL HAMILTON ROOFING, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-03845-SVK<br><br>**ORDER VACATING DATES** |

All civil trials currently scheduled before Magistrate Judge van Keulen through April 17, 2020, will be continued. This matter is currently set for trial on April 13, 2020, with a pretrial conference scheduled for April 2, 2020. The trial date, pretrial conference, and pretrial filing dates are hereby VACATED. The parties are to provide a JOINT STATUS REPORT no later than **March 19, 2020**, regarding: (1) recent settlement discussions; (2) counsels' availability for trial in July 2020; and (3) any other case-specific issues that may impact readiness for trial.

**SO ORDERED.**

Dated: March 16, 2020

SUSAN VAN KEULEN
United States Magistrate Judge